TOWNSHIP OF WAYNE, IN THE COUNTY OF PASSAIC v.
EDWARD CASSATLY.

March 2, 1976. Petition for certification denied. (See
137 *N. J. Super.* 464)

STATE OF NEW JERSEY v. DAVID BOWEN.

March 2, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. HATTIE MAE BROWN.

March 2, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. MARSHALL G. VANCE.

March 2, 1976. Petition for certification denied.

VINCENT TOOKER JR. v.
HARTFORD ACCIDENT AND INDEMNITY COMPANY.

March 2, 1976. Petition for certification denied. (See
136 *N. J. Super.* 572)

STATE OF NEW JERSEY v. JOSEPH PANDOZZI.

March 2, 1976. Petition for certification denied. (See
136 *N. J. Super.* 484)